```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0195--CV (JKS)
              "MONY LIFE INS CO V GARY MCMILLIN ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/31/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/31/04 receipt # 00123885
         Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MONY LIFE INSURANCE CO | Andrew Guidi<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581<br>FAX 907-277-1331 |
| DEF 1.1 | MCMILLIN, GARY | Richard W. Hompesch II LLM<br>Winfree & Hompesch<br>119 N. Cushman Street, Suite 400<br>Fairbanks, AK 99701<br>907-452-1700 |
| DEF 2.1 | THAYER, PATRICIA | Matthew C. Christian<br>Borgeson & Burns PC<br>100 Cushman Street, Suite 311<br>Fairbanks, AK 99701<br>907-452-1666 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0195--CV (JKS)
             "MONY LIFE INS CO V GARY MCMILLIN ET AL"

                        For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/31/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/31/04 receipt # 00123885
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/31/04 | Complaint w/att exhs filed. |
| NOTE - 1 | 09/13/04 | Issued: summons re: DEF 2. |
| 2 - 1 | 10/04/04 | DEF 2 Attorney Appearance. |
| 3 - 1 | 10/27/04 | DEF 2 Answer to Complaint. |
| 4 - 1 | 11/03/04 | DEF 1 Answer to Complaint. |
| 5 - 1 | 11/04/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 12/02/04 | PLF 1; DEF 1-2 Status Report. |
| 7 - 1 | 12/08/04 | JKS Minute Order that further stat rpt/closing papers or defs' mot to compel due by 1/3/05. cc: cnsl |
| 8 - 1 | 01/03/05 | PLF 1; DEF 1-2 Status Report. |
| 9 - 1 | 01/06/05 | JKS Minute Order that further stat rpt due by 2/3/05. cc: cnsl |
| 10 - 1 | 02/03/05 | DEF 1 Status Report. |
| 11 - 1 | 02/07/05 | JKS Minute Order that further stat rpt due by 5/3/05. cc: cnsl |
| 12 - 1 | 02/07/05 | DEF 1 Status Report. |
| 13 - 1 | 05/02/05 | DEF 1 Status Report. |
| 14 - 1 | 05/02/05 | PLF 1 Stipulation & protective order for confidentiality. |
| 15 - 1 | 05/03/05 | JKS Minute Order that further stat rpt due by 6/15/05. cc: cnsl |
| 14 - 2 | 05/04/05 | JKS Order granting stipulation & protective order for confidentiality (14-1). cc: cnsl |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0195--CV (JKS)
                         "MONY LIFE INS CO V GARY MCMILLIN ET AL"

                                    For all filing dates


Document #    Filed      Docket text

    16 -  1   06/15/05   DEF 1 Stauts Report.

    17 -  1   06/16/05   JKS Minute Order that further stat rpt due by 8/15/05. cc: cnsl

    18 -  1   08/16/05   DEF 1 Status Report.

    19 -  1   08/17/05   JKS Minute Order that further stat rpt due by 10/17/05. cc: cnsl

    20 -  1   11/04/05   PLF 1 Status Report.

    21 -  1   11/07/05   JKS Minute Order that further stat rpt/dsmssl docs due by 1/4/06. cc:
                         cnsl
```