UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  MONY LIFE INSURANCE CO..   v.   GARY MCMILLIN, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                           CASE NO.  3:04-CV-00195-JKS

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 12, 2006

    A minute order requiring a status report was issued in this case, and no timely report was filed.  Counsel for Plaintiff shall file a status report within 15 days from the date of this minute order, unless closing papers are sooner filed.

[]{IIA2.WPD*Rev.12/96}