Andrew Guidi
DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
 (907) 279-3581
 (907) 277-1331 fax
Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

**IN UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) GARY MCMILLIN, ) and PATRICIA THAYER ) ) Defendants. ) ) | Case No. A04-0195 Civil **STATUS REPORT (1/12/06)** |

    The undersigned apologizes to the Court on behalf of the parties for the failure to file a status report.  Mr. McMillin's counsel had to leave town immediately before the status report was due but before doing so left a message with the undersigned inquiring whether the terms of a proposed settlement were agreeable, evidently with the intent of providing more up to date information to the Court.  The undersigned was not able to reply prior to departure of Mr. McMillin's counsel, and omitted to undertake to advise the Court in his absence.  Nevertheless, the

status of the case is that the parties to the case appear to be in agreement on the basic terms of a settlement. On January 5, 2006 the undersigned sent a letter to McMillin's counsel clarifying particular terms for settlement, including when and how the proceeds of the policy at issue would be paid. The undersigned believes that Mr. McMillin's counsel returns on January 17 and will be able to respond fully to the January 5, 2005 letter very shortly thereafter. Counsel for Thayer has already indicated his agreement to the proposed terms. Assuming no unexpected problems occur, this case should be concluded within 30 days.

DATED this 12th day of JANUARY, 2006, at Anchorage, Alaska.

> DELANEY, WILES, HAYES,
> GERETY, ELLIS & YOUNG , INC.
> Attorneys for MONY, Inc.
>
>
> s/_____
> Andrew Guidi, ABA No. 8312171
> 1007 West 3rd Avenue, Suite 400
> Anchorage, Alaska  99501
> PHONE:  279-3581/FAX:  277-1331

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 12th day of
January, 2006 the STATUS REPORT (1/12/06)
was served electronically and via USPS
postage prepaid on:

| **DEF/ Claimant: GARY McMILLIN** | **DEF, PATRICIA THAYER** |
|---|---|
| Richard Hompesch, II | Matthew C. Christian |
| HOMPESCH & EVANS, P.C. | BORGESON & BURNS, PC |
| 119 N. Cushman St., Suite 400 | 100 Cushman St., Suite 311 |
| Fairbanks, AK 99701 | Fairbanks, AK 99701 |

s/_____
Andrew Guidi/112592