## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

__MONY LIFE INSURANCE CO..__   v.   __GARY MCMILLIN, et al.__

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                    CASE NO. __3:04-CV-00195-JKS__

__Dan Maus__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 12, 2006

     The court has received a status report dated __January 12, 2006__. The report is accepted.

     A further status report shall be filed by counsel for plaintiff on or before __February 13, 2006__, unless closing papers are sooner filed.

[]{IIA2.WPD*Rev.12/96}