Andrew Guidi
DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
 (907) 279-3581
 (907) 277-1331 fax
Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| MONY LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GARY MCMILLIN, and PATRICIA THAYER | ) ) ) | Case No. A04-0195 Civil (JKS) |
| Defendants. | ) ) ) | **STATUS REPORT (2/13/06)** |

The current status of the case is as follows: The parties are in the final stages of resolving this case. Plaintiff has forwarded release agreements to counsel for both defendants and is awaiting return of the signed releases. Plaintiff's counsel is in possession of the settlement funds. Barring a change of heart by one of the defendants, the signed documents should be exchanged this week for the settlement funds and a stipulation for dismissal with prejudice filed with the Court. If the

settlement does not unfold as anticipated, plaintiff will advise the Court.

DATED this 13th day of FEBRUARY, 2006, at Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG , INC.
Attorneys for MONY, Inc.


s/Andrew Guidi, ABA No. 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE:  279-3581/FAX:   277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 13th day of February, 2006, a copy of Affidavit of Counsel was served electronically and via USPS, first class mail, postage prepaid on:

| **DEF/ Claimant: GARY McMILLIN** <br> Richard Hompesch, II <br> HOMPESCH & EVANS, P.C. <br> 119 N. Cushman St., Suite 400 <br> Fairbanks, AK 99701 <br>   907.452-1700 <br>   907.456.5693 –fax | **DEF, PATRICIA THAYER** <br> Matthew C. Christian <br> BORGESON & BURNS, P.C. <br> 100 Cushman St., Suite 311 <br> Fairbanks, AK 99701 <br>   907.452.1666 <br>   907.456.5055 – fax |
|---|---|

s/Andrew Guidi (113771)