# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  MONY LIFE INSURANCE COMPANY  </u>   v.   <u>  GARY MCMILLIN, et al.  </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO.  <u> 3:04-cv-00195-TMB </u>

<u> Patty Demeter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 14, 2006

      The court has received a status report dated <u> February 13, 2006 </u>. The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before <u> March 14, 2006 </u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}