Andrew Guidi
DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
 (907) 279-3581
 (907) 277-1331 fax
Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| MONY LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GARY MCMILLIN, and PATRICIA THAYER | ) ) ) | Case No. A04-0195 Civil (JKS) |
| Defendants. | ) ) ) | **STATUS REPORT (3/8/06)** |

The current status of the case is as follows:  The parties were in the final stages of resolving this case.  Plaintiff had forwarded release agreements to counsel for both defendants and is awaiting return of the signed releases and plaintiff's counsel is in possession of the settlement funds.  However, on or about February 16, 2006 plaintiff's counsel was contacted by counsel for defendant McMillin, who conveyed that Mr. McMillin had reconsidered and the original terms of settlement were no longer acceptable.  Mr. McMillin made a counteroffer.  On March 6, 2006 plaintiff rejected the counteroffer and allowed Mr. McMillin

until 10 days to consider accepting the originally agreed-upon settlement. If at that point there is still no settlement, plaintiff anticipates it will move to interplead the policy proceeds at issue.

DATED this 8th day of MARCH, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for MONY, Inc.

s/Andrew Guidi
ag@delaneywiles.com
ABA No. 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  279-3581/FAX:  277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 8th day of March, 2006, a copy of Status Report (3/08/06) was served electronically and via USPS, first class mail, postage prepaid on:

| **DEF/ Claimant: GARY McMILLIN** | **DEF, PATRICIA THAYER** |
|---|---|
| Richard Hompesch, II | Matthew C. Christian |
| HOMPESCH & EVANS, P.C. | BORGESON & BURNS, P.C. |
| 119 N. Cushman St., Suite 400 | 100 Cushman St., Suite 311 |
| Fairbanks, AK 99701 | Fairbanks, AK 99701 |
|   907.452-1700 |   907.452.1666 |
|   907.456.5693 –fax |   907.456.5055 - fax |

s/Andrew Guidi (114530)