Cory R. Borgeson
BORGESON & BURNS, APC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 fax
cborgeson@bnblaw.com
Attorneys for Defendant
PATRICIA THAYER

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GARY MCMILLIN, and PATRICIA THAYER, | )<br>) Case No. A04-195 CV(JKS)<br>) |
| Defendants. | )<br>) |

**STATEMENT OF NON-INTEREST**

Defendant Patricia Thayer, by and through her attorneys, Borgeson & Burns, P.C., hereby gives notice that she claims no interest, and has never claimed an interest, in MONY whole life insurance policy no. 1400-13-88 or the proceeds thereof.  In addition, Defendant Patricia Thayer has never given notice to Plaintiff MONY Life Insurance

Company of a claimed forfeiture or revocation under Alaska Statutes 13.12.803(g) or (h) and has not contacted Plaintiff MONY Life Insurance Company to demand policy payment.

Because Defendant Patricia Thayer claims no interest in the subject matter of this lawsuit, MONY whole life insurance policy no. 1400-13-88 and the proceeds thereof, she requests that she be dismissed from this lawsuit.

Dated: 02/24/06

BORGESON AND BURNS, PC
Attorneys for Defendant
Patricia Thayer
s/ Cory R. Borgeson (consent)
ABA No. 8405009


s/ Richard W. Hompesch II
HOMPESCH & EVANS, PC
119 N Cushman Street Suite 400
Fairbanks, Alaska  99701
(907) 452-1700
(907) 456-5693
hompesch@hompesch.com
ABA No. 8411120

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2006, a copy of the foregoing Statement of Interest was served electronically and via USPS, first class mail, postage paid on:

| PLAINTIFF, MONY LIFE INSURANCE COMPANY | DEFENDANT, GARY MCMILLIN and PATRICIA THAYER |
|---|---|
| Andrew Guidi<br>DELANEY WILES HAYES GERETY ELLIS & YOUNG, INC.<br>1007 West Third Avenue, Suite 400<br>Anchorage, AK 99501<br>907.279-3581<br>907.277-1331 –fax | Cory R. Borgeson<br>BORGESON & BURNS, PC<br>100 Cushman St., Suite 311<br>Fairbanks, AK 99701<br>907.452.1666<br>907.456.5055 –fax |

s/ Richard W. Hompesch II