Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
 (907) 279-3581
 (907) 277-1331 fax
Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) GARY MCMILLIN, ) and PATRICIA THAYER ) ) Defendants. ) ) | Case No. A04-0195 Civil (JKS) **STATUS REPORT (3/20/06)** |

The current status of the case is as follows: The parties had agreed upon a division of the policy proceeds and that MONY would receive a release in exchange for tendering the agreed upon amounts. MONY drafted the releases and issued the settlement checks, which are currently being held by MONY's counsel. McMillin, however, has now changed his mind and refuses to provide a release. MONY believes that the parties entered into an enforceable agreement. However, MONY is seeking clarification to determine whether the impasse can be circumvented by having all parties stipulate to entry of judgment in interpleader,

discharging MONY from liability under the policy.  MONY is also unclear whether defendant Thayer's recent notice to the Court signals a change from her previous position in which she requested approximately $1,400 of the policy proceeds, an amount that had also been agreed to by defendant McMillin.  MONY's counsel is currently holding a check for her in that amount.  Counsel for MONY will be out of state from March 16 to March 31, 2006, but anticipates that defendants McMillin and Thayer will have made their positions clear by the time of his return.

DATED this 20th day of MARCH, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for MONY, Inc.

s/Andrew Guidi
ag@delaneywiles.com
ABA No. 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE:  279-3581/FAX:  277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 20th day
of March, 2006, a copy of Status
Report (3/20/06) was served electronically
and via USPS, first class mail, postage
prepaid on:

| DEF/ Claimant: GARY McMILLIN | DEF, PATRICIA THAYER |
|---|---|
| Richard Hompesch, II | Matthew C. Christian |
| HOMPESCH & EVANS, P.C. | BORGESON & BURNS, P.C. |
| 119 N. Cushman St., Suite 400 | 100 Cushman St., Suite 311 |
| Fairbanks, AK 99701 | Fairbanks, AK 99701 |

s/Andrew Guidi (114922)

**STATUS REPORT (3/20/06)**                                            Page 2 of 2
*MONY v. McMillin, Thayer,* Case No. A04-0195 Civil