Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
 (907) 279-3581
 (907) 277-1331 fax
Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY


## IN UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>GARY MCMILLIN,    )<br>and PATRICIA THAYER    )<br>)<br>Defendants.    )<br>_____ ) | <br><br><br><br><br><br><br><br>Case No. A04-0195 Civil (TMB)<br><br>**STATUS REPORT (4/07/06)** |

    Since MONY's last status report counsel for MONY and for Mr. McMillin have had additional discussions in order to try to settle the case.  In light of McMillin's objection to providing a release, MONY has proposed that the parties enter into a stipulation for entry of judgment granting interpleader.  On April 6 MONY provided defendants with a draft stipulation and a judgment form for their review and consideration.  McMillin's counsel contacted the undersigned today and advised that, while there remain a few details to work out, he believes this approach may be successful.  He is in the process of consulting with his

client to secure approval to proceed on the basis of a stipulated judgment in interpleader.  He also raised a question as to the amount of interest due under the policy, and this may require a week or more for MONY's response.  MONY's counsel continues to hold two settlement checks that were provided two months ago on the basis of an earlier settlement understanding.  MONY is hopeful that the final details can be resolved so that the parties can submit a stipulation for entry of judgment granting interpleader before the end of April.

DATED this 7th day of APRIL, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for MONY, Inc.

s/Andrew Guidi
ag@delaneywiles.com
ABA No. 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE:  279-3581/FAX:  277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 7th day
of April, 2006, a copy of Status
Report (4/07/06) was served electronically
and via USPS, first class mail, postage
prepaid on:

| DEF/ Claimant: GARY McMILLIN | DEF, PATRICIA THAYER |
|---|---|
| Richard Hompesch, II | Cory R. Borgeson |
| HOMPESCH & EVANS, P.C. | BORGESON & BURNS, P.C. |
| 119 N. Cushman St., Suite 400 | 100 Cushman St., Suite 311 |
| Fairbanks, AK 99701 | Fairbanks, AK 99701 |

s/Andrew Guidi (115717)