Andrew Guidi
aguidi@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
PHONE: (907) 279-3581
FAX:   (907) 277-1331

Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) GARY MCMILLIN, ) and PATRICIA THAYER ) ) Defendants. ) ) | Case No. A04-0195 Civil (TMB) **STATUS REPORT (5/05/06)** |

    Plaintiff, MONY Life Insurance, submits this status report in compliance with the Court's order of April 24, 2006. Since MONY's last status report (April 7, 2006), MONY has received feedback from Mr. McMillin's counsel in the form of an e-mail with proposed changes to a draft Stipulation for Entry of Judgment Granting Interpleader. MONY considers some of the changes unacceptable. On May 4, 2006 MONY provided McMillin's counsel with proposed compromise language that would be acceptable. Assuming McMillin is agreeable to the revised

language, the only other issue is McMillin's request for confirmation of the interest rate applicable to the policy benefit payment. MONY believes the discussions are approaching the end point. If the language of the proposed Stipulation cannot be worked out in the next two to three weeks MONY anticipates that the Court's involvement will be necessary in order to resolve the case.

DATED this 5th day of MAY, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for MONY, Inc.

s/Andrew Guidi
ag@delaneywiles.com
ABA No. 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE:  279-3581/FAX:  277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 5th day of May, 2006, a copy of Status Report (5/05/06) was served electronically on:

| DEF/ Claimant: GARY McMILLIN | DEF, PATRICIA THAYER |
|---|---|
| Richard Hompesch, II | Cory R. Borgeson |
| HOMPESCH & EVANS, P.C. | BORGESON & BURNS, P.C. |
| 119 N. Cushman St., Suite 400 | 100 Cushman St., Suite 311 |
| Fairbanks, AK 99701 | Fairbanks, AK 99701 |

s/Andrew Guidi (116718)