Andrew Guidi
aguidi@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: (907) 279-3581
FAX:   (907) 277-1331

Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| MONY LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GARY MCMILLIN, and PATRICIA THAYER | ) ) ) | Case No. A04-0195 Civil (TMB) |
| Defendants. | ) ) ) | **JOINT STATUS REPORT (5/22/06)** |

   Counsel for plaintiff, MONY Life Insurance Company, and for defendant, Gary McMillin, conferred telephonically on May 12, 2006 in order to prepare the following status report as requested by the Court's Order dated May 8, 2006:

   A.   Nature of the Case

      1.   The lead attorneys in this case are Andrew Guidi of the law firm Delaney Wiles, Inc. for plaintiff; Richard W. Hompesch of the law firm Hompesch & Evans P.C. for defendant

McMillin; and Cory R. Borgeson of the law firm Borgeson & Burns, P.C. for defendant Patricia Thayer.

    2.    Jurisdiction in the case is predicated on 28 U.S.C. § 1332(a)(1), *i.e.*, diversity of citizenship.

    3.    The nature of the claims asserted is as follows: MONY Life Insurance seeks interpleader of the proceeds of a life insurance policy on the basis that it wishes to avoid the risk of multiple liability.  No counterclaims have been pled.

    4.    Name of any party that has not been served and nature of the non-service:  None.

    5.    Principal legal issues:  Applicability of interpleader relief and amount of interest due on the policy.

    6.    Principal factual issues:  None.

B.    Discovery

    1.    The only discovery performed by the parties has consisted of informal discovery of the reports prepared by MONY's principal investigator into the death claim at issue.

    2.    There are no pending motions.  In the event settlement discussions break down, motion practice may be necessary to establish the right to interpleader and/or the applicable amount.

    C.    Trial

    1.    Trial is not anticipated at this time, but in the event trial is required, the parties estimate it can be completed in five days. A jury has not been requested.

    D.    Settlement

The parties are negotiating settlement terms based on stipulating to a judgment in interpleader. The parties are close to an agreement on the final language of the stipulation, but defendant McMillin also wants to see evidence confirming the applicable interest rate cited by MONY.

    DATED this 22nd day of MAY, 2006, at Anchorage, Alaska.

    DELANEY WILES, INC.
    Attorneys for MONY, Inc.

    s/Andrew Guidi
    ag@delaneywiles.com
    ABA No. 8312171
    1007 West Third Avenue, Suite 400
    Anchorage, Alaska  99501
    PHONE:  279-3581/FAX:  277-1331

HOMPESCH & EVANS, P.C.
Attorneys for Defendant Gary McMillin

Richard Hompesch, II (CONSENT)
rich@hompesch.com
ABA No. 8411120
119 North Cushman Street, Suite 400
Fairbanks, Alaska 99701
PHONE:  907-452-1700/FAX:  907-456-5693


BORGESON & BURNS, P.C.
Attorneys for Defendant Patricia Thayer

Cory R. Borgeson (CONSENT)
cborgeson@bnblaw.com
100 Cushman Street, Suite 311
Fairbanks, Alaska   99701
PHONE:  907-452-1666/FAX:  456-5055

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 22d day of May, 2006, a copy of **Joint Status Report (5/22/06**) was served electronically on:

**Defendant/Claimant: GARY McMILLIN**
Richard Hompesch, II
HOMPESCH & EVANS, P.C.
119 North Cushman Street
Suite 400
Fairbanks, Alaska   99701

**Defendant, PATRICIA THAYER**
Cory R. Borgeson
BORGESON & BURNS, P.C.
100 Cushman Street
Suite 311
Fairbanks, Alaska   99701

s/Andrew Guidi (117161)