Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: (907) 279-3581
FAX: (907) 277-1331

Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) GARY MCMILLIN, ) and PATRICIA THAYER ) ) Defendants. ) ) | Case No. A04-0195 Civil (TMB) **STATUS REPORT (7/14/06)** |

Plaintiff, MONY Life Insurance Company ("MONY"), by and through their counsel, Delaney Wiles, Inc., hereby provides the following status report to update the Court:

Based on recent discussions between counsel, it appears that the main (and perhaps only) issue left for the parties to resolve is the amount of interest owed on the subject policy. In response to a request from defense counsel, counsel for plaintiff MONY consulted with his client concerning the documentary basis for a 2.75% interest rate previously offered and historic interest rates paid. By about mid-June plaintiff's counsel reported the results of his research to defendant McMillin's

counsel. Unfortunately, McMillin's counsel will be out of the office until approximately mid-July and is not expected to have a response from defendant McMillin until then. The undersigned anticipates that upon the return of defendant's counsel, the two sides will attempt to resolve through negotiation the interest component of the claim, at which point it is anticipated they will be able to submit a stipulation for an order in interpleader and dismissal of the action.

DATED this 14th day of JULY, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for MONY, Inc.

s/Andrew Guidi
ag@delaneywiles.com
ABA No. 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  279-3581/FAX:  277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 14th day of July, 2006, a copy of the **Status Report (7/14/06)** was served electronically on:

**Defendant/Claimant: GARY McMILLIN**
Richard Hompesch, II
HOMPESCH & EVANS, P.C.
119 North Cushman Street
Suite 400
Fairbanks, Alaska  99701

**Defendant, PATRICIA THAYER**
Cory R. Borgeson
BORGESON & BURNS, P.C.
100 Cushman Street
Suite 311
Fairbanks, Alaska  99701

s/Andrew Guidi (119061)