Richard W. Hompesch II
HOMPESCH & EVANS
119 N. Cushman Street, Suite 400
Fairbanks, Alaska  99701
   (907) 452-1700
   (907) 456-5693 fax
Attorneys for Defendant
GARY MCMILLIN


IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY<br>        Plaintiff,<br><br>        v.<br>GARY MCMILLIN,<br>and PATRICIA THAYER<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A04-0195 Civil (TMB)
**STIPULATION FOR ENTRY OF JUDGMENT GRANTING INTERPLEADER**

NOW COME the parties in this action, by and through their undersigned attorneys, and hereby stipulate and agree to entry of a final Judgment Granting Interpleader as follows:

1. On or about August 20 1996, plaintiff MONY LIFE INSURANCE COMPANY (hereafter "MONY") issued Whole Life Insurance Policy No. 1400-13-88 (hereafter "the policy") insuring the life of Maryellen C. McMillin. The face amount of the policy is $100,000. A true and correct copy of the policy is attached as Exhibit A to the Complaint in this

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

action.

2.   The first beneficiary under the policy is GARY MCMILLIN, if living.  The second or contingent beneficiary is PATRICIA THAYER, if living.  There are no other beneficiaries named in the policy.

3.   Both GARY MCMILLIN and PATRICIA THAYER are living. GARY MCMILLIN is the husband of Maryellen C. McMillin. PATRICIA THAYER is the sister of Maryellen C. McMillin.  The policy was in effect, and policy premium payments were current through November 1998.

4.   On November 21, 1998, Maryellen C. McMillin disappeared from her home in Fairbanks, Alaska under suspicious circumstances. She has never been seen alive since that day.  Alaska State Troopers have been unable to locate Maryellen C. McMillin.  She has been listed as a "missing person" by the Alaska State Troopers since 1998.

5.   On February 24, 2004, a coroner's jury empanelled in Fairbanks, Alaska, returned a Presumptive Death Verdict, a true and correct copy of which is attached hereto as Exhibit B to the Complaint in this action, finding that Maryellen C. McMillin is presumed to have died on November 21, 1998.  As a result of the coroner's jury verdict, the State of Alaska issued a Certificate of Presumptive Death on March 11, 2004,

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

a true and correct copy of which is attached hereto as Exhibit C to the Complaint in this action.

6. To date, the investigation by law enforcement authorities into the disappearance and presumed death of Maryellen C. McMillin remains open but no arrests or criminal charges have been brought against any person in any state.

7. MONY is a mere stakeholder and claims no interest in the policy death proceeds. MONY seeks to avoid the risk of multiple liability that could result in the event that at some future time one of beneficiaries under the policy is disqualified from receiving the policy proceeds by virtue of the common law "slayer's rule."

8. The parties stipulate and agree to interpleader of the policy proceeds at issue. In order to expedite resolution of the case the parties further stipulate and agree to waive any requirement that said funds be formally deposited with the Court. In lieu thereof, the parties stipulate and agree:

A. That upon entry of Judgment Granting Interpleader MONY shall pay $130,500.00, which amount includes the policy proceeds and all interest due according to the terms of the policy and AS 09.30.070(b), and such payment shall be made directly to defendant GARY McMILLIN, by

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

means of a check payable to the trust account of his attorneys, Hompesch & Evans, P.C.

B. That upon entry of Final Judgment of Interpleader MONY shall pay nothing to defendant PATRICIA THAYER because Gary McMillin already has paid her $1,939.32.

9. PATRICIA THAYER acknowledges that she has not given notice of a claimed forfeiture or revocation of the policy as provided under AS 13.12.803(g) and (h).

10. Upon entry of Judgment Granting Interpleader, MONY shall have ten days to make the payments set forth in paragraphs 8.A. ~~and B.~~ *RH MS* above. Within 30 days of making said payment, defendants GARY MCMILLIN and PATRICIA THAYER shall each file a Satisfaction of Judgments pursuant to Local Rule 58.2 acknowledging that this Court's Judgment Granting Interpleader is entirely satisfied, whereupon MONY shall be discharged from all liability in relation to payment of the policy proceeds.

11. Each party to this action shall bear its own costs and attorney's fees.

DATED this 28th day of July, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Plaintiff
MONY LIFE INSURANCE CO.

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

_Andrew Guidi_

Andrew Guidi
Alaska Bar No.: 8312171
ag@delaneywiles.com
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
P:907—277—3581/F:907—277—1331

DATED this _1st_ day of ~~July~~ August, 2006, at Fairbanks, Alaska.

HOMPESCH & EVANS, PC
Attorneys for Defendant Gary C. McMillin

_R. Hompesch_

Richard W. Hompesch, II
Alaska Bar No.: 8411120
rich@hompesch.com
Denali State Bank Building
119 North Cushman Street, Suite 400
Fairbanks, Alaska  99701
P:907-452-1700/F:907-456-5693

DATED this _3rd_ day of ~~July~~ August, 2006, at Fairbanks, Alaska.

BORGESON & BURNS
Attorneys for Defendant Patricia Thayer

_Mary S. Spiers for_

Cory R. Borgeson
Alaska Bar No.: 8405009
cborgeson@bnblaw.com
100 Cushman Street, Suite 311
Fairbanks, Alaska  99701
P:907-452-1666/F:907-456-5055

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693