Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: (907) 279-3581
FAX:  (907) 277-1331

Attorneys for Plaintiff
MONY LIFE INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY )<br>)<br>    Plaintiff,   )<br>)<br>    v.            )<br>)<br>GARY MCMILLIN,   )<br>and PATRICIA THAYER )<br>)<br>    Defendants.  )<br>_____) | <br><br><br><br><br><br><br>Case No. A04-0195 Civil (TMB)<br><br><br>**STATUS REPORT (8/14/06)** |

On August 4, 2006 the parties filed their Stipulation for Entry of Judgment of Interpleader with a proposed order and judgment form for the Court.  Presently the parties are awaiting the Court's action on the stipulation.  Upon the issuance of the judgment, MONY is prepared to issue payment as provided therein, at which point Mr. McMillin will file a Satisfaction of Judgment and all issues in the case will be resolved.

DATED this 14th day of AUGUST, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for MONY, Inc.

s/Andrew Guidi
ag@delaneywiles.com

```
                                  ABA No. 8312171
                                  1007 West Third Avenue, Suite 400
                                  Anchorage, Alaska   99501
                                  PHONE:  279-3581/FAX:  277-1331
```

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 14th day of August, 2006, a copy of the **Status Report (8/14/06**) was served electronically on:

**Defendant/Claimant: GARY McMILLIN**
Richard Hompesch, II
HOMPESCH & EVANS, P.C.
119 North Cushman Street
Suite 400
Fairbanks, Alaska   99701

**Defendant, PATRICIA THAYER**
Cory R. Borgeson
BORGESON & BURNS, P.C.
100 Cushman Street
Suite 311
Fairbanks, Alaska   99701

s/Andrew Guidi (119061)