IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>GARY McMILLIN, )<br>and PATRICIA THAYER )<br>)<br>    Defendants. )<br>_____ ) | Case No. A04-0195 Civil (TMB)<br><br>**JUDGMENT GRANTING INTERPLEADER** |

      The parties, having entered into a Stipulation for Entry of Judgment Granting Interpleader, and the Court, having reviewed and considered said stipulation,

      IT IS HEREBY ORDERED that final JUDGMENT OF INTERPLEADER is entered in this action, as follows:

      (1) Within ten (10) days of the date of this Judgment, MONY shall pay $130,500.00, which amount includes the policy proceeds plus interest due under the policy terms, and such payment shall be made directly to defendant GARY McMILLIN, by check payable to the trust account for his attorneys, Hompesch & Evans, P.C.

      (2) MONY shall pay nothing to defendant PATRICIA THAYER because Gary McMillin already has paid her $1,939.32.

(3) The Court accepts the parties' proposed method of distributing the policy proceeds directly amongst them without the formality of paying the funds into the registry of the Court.

(4) Within 30 days of MONY making said payments, defendants GARY MCMILLIN and PATRICIA THAYER shall each file a Satisfaction of Judgment pursuant to Local Rule 58.2 acknowledging that this Court's Judgment Granting Interpleader is entirely satisfied, whereupon MONY shall be discharged from all liability in relation to payment of the policy proceeds.

(5) Each party to this action shall bear its own costs and attorney's fees.

DATED this 17th day of August, 2006, at Anchorage, Alaska.

/s/ Timothy M. Burgess
_____
Timothy M. Burgess
United States District Court Judge