Richard W. Hompesch II
HOMPESCH & EVANS, APC
119 N. Cushman Street, Suite 400
Fairbanks, AK 99701
 (907) 452-1700
 (907) 456-5693 fax
hompesch@hompesch.com
Attorneys for Defendant
GARY MCMILLIN

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>GARY MCMILLIN, and PATRICIA THAYER,<br><br>      Defendants. | Case No. A04-195 CV(JKS)<br>**SATISFACTION OF JUDGMENT** |

DEFENDANTS GARY MCMILLIN, by and through his counsel, Richard W. Hompesch II of Hompesch & Evans, and PATRICIA THAYER, by and through her counsel, Cory R. Borgeson, of Borgeson & Burns, P.C., pursuant to Local Rule 58.2, herby acknowledge that PLAINTIFF MONY LIFE INSURANCE COMPANY has paid DEFENDANT GARY MCMILLIN $130,500 and has satisfied all

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

of its obligations under the terms of this court's JUDGMENT GRANTING INTERPLEADER dated August 17, 2006. Pursuant to this court's JUDGMENT GRANTING INTERPLEADER dated August 17, 2006 MONY LIFE INSURANCE COMPANY is discharged from all liability in relation to payment of the policy proceeds.

DATED this 12th day of October, 2006, at Fairbanks, Alaska.

>HOMPESCH & EVANS, PC
>Attorneys for Defendant Gary C. McMillin
>
>*/s/ R. Hompesch*
>Richard W. Hompesch, II
>Alaska Bar No.: 8411120
>rich@hompesch.com
>Denali State Bank Building
>119 North Cushman Street, Suite 400
>Fairbanks, Alaska 99701
>P:907-452-1700/F:907-456-5693

DATED this 12 day of October, 2006, at Fairbanks, Alaska.

>BORGESON & BURNS
>Attorneys for Defendant Patricia Thayer
>
>*/s/ C.R. Borgeson*
>Cory R. Borgeson
>Alaska Bar No.: 8405009
>cborgeson@bnblaw.com
>100 Cushman Street, Suite 311
>Fairbanks, Alaska 99701
>P:907-452-1666/F:907-456-5055

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

Satisfaction of Judgment                                          Page 2 of 2
*MONY v. McMillin, Thayer*/Case No. A04-0195 Civil (TMB)