Richard W. Hompesch II
HOMPESCH & EVANS, APC
119 N. Cushman Street, Suite 400
Fairbanks, AK 99701
 (907) 452-1700
 (907) 456-5693 fax
hompesch@hompesch.com
Attorneys for Defendant
GARY MCMILLIN

IN UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GARY MCMILLIN, and PATRICIA THAYER, | )<br>) Case No. A04-195 CV(JKS)<br>) **CERTIFICATE OF SERVICE** |
| Defendants. | )<br>) |

I hereby certify that on the 12th day of October, 2006, a copy of Satisfaction of Judgment Granting and Certificate of Service was served electronically on:

**PLAINTIFF, MONY LIFE INSURANCE COMPANY**
Andrew Guidi
Delaney Wiles Hayes Gerety Ellis & Young, Inc
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
907.279-3581

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693

```
907.277-1331 -fax
ag@delaneywiles.com, dkd@delaneywiles.com,
usdcuser@delaneywiles.com
```

and via USPS, first class mail, postage prepaid on:

**DEFENDANT, PATRICIA THAYER**
BORGESON & BURNS, PC
100 Cushman St., Suite 311
Fairbanks, AK 99701
907.452.1666
907.456.5055 - fax

/sRichard W. Hompesch II (8411120)

HOMPESCH & EVANS
A Professional Corporation
119 N. Cushman Street, Suite 400
Fairbanks, Alaska 99701
Tel. (907) 452-1700
Fax (907) 456-5693